**No. 11-8705 (11A758). Edwin Hart Turner, Petitioner v. Christopher B. Epps, Commissioner, Mississippi Department of Corrections, et al.**

565 U.S. 1187, 132 S. Ct. 1306, 181 L. Ed. 2d 1035, 2012 U.S. LEXIS 1067.

February 8, 2012. Application for stay of execution of sentence of death, presented to Justice Scalia, and by him referred to the Court, denied. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 460 Fed. Appx. 322.

**No. 10-1032 (R46-008). Steve Magner, et al., Petitioners v. Thomas J. Gallagher, et al.**

565 U.S. 1187, 132 S. Ct. 1306, 181 L. Ed. 2d 1035, 2012 U.S. LEXIS 1069.

February 14, 2012. The writ of certiorari to the United States Court of Appeals for the Eighth Circuit in the above-entitled case was dismissed today pursuant to Rule 46.1 of the Rules of this Court.

Same case below, 619 F.3d 823.

**No. 11-8714 (11A761). Robert Brian Waterhouse, Petitioner v. Florida.**

565 U.S. 1187, 132 S. Ct. 1306, 181 L. Ed. 2d 1035, 2012 U.S. LEXIS 1068.

February 15, 2012. Application for stay of execution of sentence of death, presented to Justice Thomas, and by him referred to the Court, denied. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 82 So. 3d 84.

**No. 11-8860 (11A785). Robert Brian Waterhouse, Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections, et al.**

565 U.S. 1187, 132 S. Ct. 1306, 181 L. Ed. 2d 1035, 2012 U.S. LEXIS 1070.

February 15, 2012. Application for stay of execution of sentence of death, presented to Justice Thomas, and by him referred to the Court, denied. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-1320. Alex Blueford, Petitioner v. Arkansas.**

565 U.S. 1188, 132 S. Ct. 1307, 181 L. Ed. 2d 1035, 2012 U.S. LEXIS 1073.

February 17, 2012. Motion of Michigan, et al. for leave to participate in oral argument as amici curiae and for divided argument denied.

**No. 10-1491. Esther Kiobel, Individually and on Behalf of Her Late Husband, Dr. Barinem Kiobel, et al., Petitioners v. Royal Dutch Petroleum Co., et al.**

565 U.S. 1188, 132 S. Ct. 1307, 181 L. Ed. 2d 1035, 2012 U.S. LEXIS 1074.

February 17, 2012. Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

**No. 10-9995. Patrick Wood, Petitioner v. Kevin Milyard, Warden, et al.**

565 U.S. 1188, 132 S. Ct. 1307, 181 L. Ed. 2d 1035, 2012 U.S. LEXIS 1071.

February 17, 2012. Motion of the Solicitor General for leave to participate in oral